Daniel T. Quinn, ABA #8211141
Kenneth M. Gutsch, ABA #8811186
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501-2038
Ph: (907) 276-5727
Fax: (907) 276-2953
E-mail: dquinn@richmondquinn.com
kgutsch@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN DOE 1,<br><br>    Plaintiff,<br><br>vs.<br><br>THE JESUITS OF THE NEW ORLEANS PROVINCE,<br><br>    Defendant. | Case No: 3:08-cv-_____<br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

TO:  Clerk of Court
    The United States District Court
    For the District of Alaska

AND TO: David Henderson
    Law Office of David Henderson
    PO Box 2441
    Bethel AK 99559

COMES NOW defendant, The Jesuits of the New Orleans Province,[1] and hereby gives notice that pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446(b), they have this day filed in the

---

[1] The correct corporate name for defendant, The Jesuits of the New Orleans Province, is The Catholic Society of Religious and Literary Education.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

United States District Court for the District of Alaska this Notice of Removal of the following action: <u>John Doe I v. Catholic Bishop of Northern Alaska,</u> filed in the Superior Court for the State of Alaska, Fourth Judicial District at Bethel. Defendant has filed a copy of this Notice of Removal with the Clerk of the Superior Court for the Fourth Judicial District at Bethel, Case No. 4BE-07-0332 Civil, and that this action is thereby removed from the Superior Court to the United States District Court. <u>See</u> Exhibit A hereto ("Notice of Removal to United States District Court" without attachments).

The grounds for removal are as follows: Diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1446(b). Plaintiff's complaint alleges that The Jesuits of the New Orleans Province are vicariously liable for acts of sexual abuse committed by Father Thomas Hatrel, and that defendant negligently retained, supervised and placed Father Hatrel, causing plaintiff personal injury damages in excess of $100,000. Plaintiff is a citizen of Alaska. Defendant was incorporated in Louisiana and has its principle place of business in Louisiana. Therefore, complete diversity of citizenship exists.

Suit was filed by plaintiff in the Alaska Superior Court, Fourth Judicial District at Bethel, Alaska, on or about

**NOTICE OF REMOVAL FROM STATE COURT**
<u>John Doe 1 v. The Jesuits of the New Orleans Province</u>
Case No. 3:08-cv-_____
Page 2
Case 4:08-cv-00008-RRB   Document 1   Filed 03/18/08   Page 2 of 5

October 30, 2007. Defendant, The Jesuits of the New Orleans Province entered a Special Appearance to contest personal jurisdiction on February 14, 2008. Original defendants Society of Jesus, Oregon Province and the Society of Jesus, Alaska, were dismissed on January 16, 2008. The other original defendant, Catholic Bishop of Northern Alaska, was dismissed by Order dated February 28, 2008.

This notice of removal is timely filed because, this case became removable on February 28, 2008, when the non-diverse defendant, the Catholic Bishop of Northern Alaska, was dismissed, and the dismissal created complete diversity of citizenship between plaintiff and the sole remaining defendant, The Jesuits of the New Orleans Province.

Based on the above, this court has both original and removal jurisdiction over this action and defendant is entitled

/
/
/
/
/
/

**NOTICE OF REMOVAL FROM STATE COURT**
John Doe 1 v. The Jesuits of the New Orleans Province
Case No. 3:08-cv-_____
Page 3
Case 4:08-cv-00008-RRB   Document 1   Filed 03/18/08   Page 3 of 5

to remove this action from the Superior Court for the State of Alaska.

RICHMOND & QUINN  
Attorneys for The Jesuits of  
The New Orleans Province

DATED: 3/18/08         By: s/Daniel T. Quinn
                           Daniel T. Quinn, ABA #8211141
                           RICHMOND & QUINN
                           360 K Street, Suite 200
                           Anchorage, AK 99501-2038
                           Ph: (907) 276-5727
                           Fax: (907) 276-2953
                           E-mail: dquinn@richmondquinn.com

**NOTICE OF REMOVAL FROM STATE COURT**
John Doe 1 v. The Jesuits of the New Orleans Province
Case No. 3:08-cv-_____
Page 4

Case 4:08-cv-00008-RRB   Document 1   Filed 03/18/08   Page 4 of 5

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

CERTIFICATE OF SERVICE

This is to certify that on the
__18th__ day of March, 2008, a copy
of the foregoing document was
served by mail on:

David Henderson
Law Offices of David Henderson
Box 2441
Bethel, AK   99559


      s/Daniel T. Quinn
RICHMOND & QUINN

2290\001\pld\USDC - NOTICE OF REMOVAL FROM STATE COURT

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**NOTICE OF REMOVAL FROM STATE COURT**
John Doe 1 v. The Jesuits of the New Orleans Province
Case No. 3:08-cv-_____
Page 5

Case 4:08-cv-00008-RRB   Document 1   Filed 03/18/08   Page 5 of 5