IN THE SUPERIOR COURT OF THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JOHN DOE 1,                          )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )
                                     )
THE JESUITS OF THE NEW ORLEANS       )   Case No. 4BE-07-0332 CI
PROVINCE,                            )
                                     )
            Defendant.               )
_____)

**NOTICE OF REMOVAL TO**
**UNITED STATES DISTRICT COURT**

TO:      Clerk of Court
         Alaska Court System
         Third Judicial District at Anchorage

AND TO:  David Henderson
         Law Office of David Henderson
         PO Box 2441
         Bethel AK 99559

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 4BE-07-0332 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Fourth Judicial

Exhibit A
Page 1 of 2 Pages

District at Bethel, which was filed by the defendant, The Jesuits of the New Orleans Province,[1] on March 12, 2008.

DATED this __ day of March, 2008, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for The Jesuits of
The New Orleans Province

By: /s/ _____
Daniel T. Quinn
ABA #8211141

CERTIFICATE OF SERVICE

This is to certify that on the 18th day of March, 2008, a copy of the foregoing document was served by mail on:

David Henderson
Law Offices of David Henderson
Box 2441
Bethel, AK 99559

/s/ Charlene Espady
RICHMOND & QUINN

2290\001\PLD\STATE COURT - NOTICE OF REMOVAL TO USDC

---

[1] The correct corporate name for defendant, The Jesuits of the New Orleans Province, is The Catholic Society of Religious and Literary Education.

Exhibit A
Page 2 of 2 Pages

NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT
John Doe 1, v. The Jesuits of the New Orleans Province
Case No. 4BE-07-0332 CI
Page 2